Christo A. WELTSCHEFF, M.D., Plaintiff-Appellants,

v.

MEDICAL CENTER OF INDEPENDENCE, INC., Defendant-Respondent.

No. WD 33986.

Missouri Court of Appeals, Western District.

Jan. 31, 1984.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied March 27, 1984.

Application to Transfer Denied May 15, 1984.

---

Henry L. Graf, Kansas City, for plaintiff-appellants.

Johnson, Lucas, Bush, Snapp & Burgess, B. Kent Snapp, Richard L. Martin, Kansas City, for defendant-respondent.

Before PRITCHARD, P.J., SHANGLER, J., and TURNAGE, C.J.

## ORDER

PER CURIAM.

Appeal by plaintiff Weltscheff following judgment entered on an adverse jury verdict.

Judgment affirmed. Rule 84.16(b).